IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**OMAR SHAREE JACKSON,**

    Petitioner,

v.    Civil Action No. **3:14cv492**

**USDC OF RECORD,** *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. By Memorandum Order entered on July 30, 2014, the Court directed Petitioner to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. The Court also directed Petitioner to complete and return, within eleven (11) days of the date of entry thereof, the standardized form for filing a 28 U.S.C. § 2254 petition. More than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit or the standardized form for filing a habeas petition. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 9-19-14
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge